**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**TEREALL NEAL o/b/o C.P.**                                                                                          **PLAINTIFF**

**v.**                                                                         **CIVIL ACTION NO. 3:13-CV-365-CWR-FKB**

**SOCIAL SECURITY ADMINISTRATION**                                                                  **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

   This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on July 11, 2014 [Docket No. 15], which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings, conclusions, and recommendation contained therein within fourteen (14) days of being served would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b).  This Court, finding that there has been no submission of written objections by any party, hereby adopts the Report and Recommendation as the order of this Court and grants the defendant's motion to affirm [Docket No. 12].

   SO ORDERED, this the 31st day of July, 2014.

                      s/Carlton W. Reeves
                      UNITED STATES DISTRICT JUDGE